# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER SHELTON, AN
INDIVIDUAL; EQ PORTFOLIO LLC, A
NEVADA LIMITED LIABILITY
COMPANY; AND EQ LOAN
PORTFOLIO TRUST,

        Appellants,

vs.

JONATHAN STRONG, AN
INDIVIDUAL; AND JACQUI STRONG,
AN INDIVIDUAL,

        Respondents.

No. 80664

FILED

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal in an action for fraudulent misrepresentation in a sale of residential property. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Respondents have filed a motion to dismiss the appeal on the ground that the district court order is not a final judgment. No opposition has been filed. This court's review of the documents transmitted to this court pursuant to NRAP 3(g) confirms that the district court's order does not constitute a final disposition of any claim. Accordingly, the notice of appeal is premature (NRAP 4(a)(6)). The motion to dismiss is granted, and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-29107

cc: Hon. Richard Scotti, District Judge
Connell Law
Law Offices of John T. Moran III LLC
Law Office of Michael E. Smith, Esq., P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A